ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:      (406) 657-6989
E-mail:   zeno.baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

NOV 1 9 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 20-50-M-DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | SEXUAL EXPLOITATION OF A CHILD<br>Title 18 U.S.C. § 2251(a) (Count I)<br>(Penalty: Mandatory minimum 15 to 30 years imprisonment, $250,000 fine, five years to lifetime supervised release, $5,000 special assessment, $50,000 special assessment) |
| ROBERT BRANDON CALLISON,<br><br>Defendant. | |
| | DISTRIBUTION OF METHAMPHETAMINE TO PERSON UNDER THE AGE OF 21<br>(Count II)<br>Title 21 U.S.C. §§ 841(a)(1) and 859<br>(Penalty: Mandatory minimum one year to 40 years imprisonment, $1,000,000 fine, and at least three years of supervised release) |

1

| | |
|---|---|
| | **PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>(Count III)<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That in or about July 2019 and continuing until in or about October 2019, at Billings within Yellowstone County, at Missoula within Missoula County, and at Hamilton within Ravalli County, in the State and District of Montana, and elsewhere, the defendant, ROBERT BRANDON CALLISON, did knowingly employ, use, persuade, induce, entice, and coerce any minor, namely Jane Doe 1, who is known to the defendant but whose name is withheld to protect her identity, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction being shipped in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

## COUNT II

That in or about July 2019 through August 2019, at Missoula within Missoula County and at Hamilton within Ravalli County, in the State and District of Montana, the defendant, ROBERT BRANDON CALLISON, knowingly

2

distributed a substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, to a person under 21 years of age, in violation of 21 U.S.C. §§ 841(a)(1) and 859.

## COUNT III

That in or about the Fall of 2019, at Missoula within Missoula County and at Hamilton within Ravalli County, in the State and District of Montana, and elsewhere, the defendant, ROBERT BRANDON CALLISON, knowing he had been convicted in 2017 of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Georgia, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

3