Hi my name is Tracey  Allen .

I am Brandon"s aunt. I just want to say Brandon is a sweet person he has had some struggles in his life. Some challenges that have been difficult for him and still are difficult for him I know he has tried in the past to stay on the right path and has done good. With help he seems to stay that way. Given the proper help he does great. Trying to live out there without help makes life difficult to handle. He tries to do it alone. When he lost his job that's when he struggled and things happened. But he does try and should be able to have a chance with help to try again.

  Thank you, Tracey